PROB 12B
(7/93)

Report Date: October 20, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 20 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Victoria Jim | Case Number: 2:09CR02035-002 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea | |
| Date of Original Sentence: 4/13/2011 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy, 18 U.S.C. § 371; Offering and Selling Eagles, 16 U.S.C. § 668(a); Offering and Selling Eagles, 16 U.S.C. § 688(a); Selling and Acquiring Wildlife, 16 U.S.C. §§ 3372(a)(1); 3373(d)(1)(B) | Date Supervision Commenced: 5/30/2011 |
| Original Sentence: Prison - 14 Days; TSR - 24 Months | Date Supervision Expires: 5/29/2013 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall participate in the home confinement program for 30 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, Court ordered obligations, or other activities as pre approved by the supervising officer.

### CAUSE

On April 13, 2011, the Court ordered Ms. Jim to participate in the home confinement program without electronic monitoring commencing July 6, 2011. A schedule was developed and a copy of the schedule was given to the defendant.

On October 18, 2011, a home visit was conducted at the defendant's residence. The defendant was not at her residence and it was past her home confinement schedule. The following day Ms. Jim called this officer and advised she had taken her daughter to get a haircut and to purchase a screen for their fireplace. She was confronted and reminded that this has been an ongoing issue, as she has failed to be home during her home confinement period on two prior occasions. As a result for this violation and the prior warnings she has had, Ms. Jim agreed to be place on home confinement with electronic monitoring for a period of 30 days.

Prob 12B
Re: Jim, Victoria
October 20, 2011
Page 2

Please see the attached waiver of hearing to modify her conditions, signed by Ms. Jim acknowledging this modification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/20/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*Edward F Shea*
Signature of Judicial Officer

*October 20, 2011*
Date

◆PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

19    You shall participate in the home confinement program for 30 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre approved by the supervising officer.

Witness: _____  Signed: _____
                  Jose Zepeda                                         Victoria Jim
          U.S. Probation Officer                       Probationer or Supervised Releasee

                                    October 20, 2011
                                            Date